ATTACHMENT A



**U. S. Department of Justice**

*United States Attorney*
*Middle District of Tennessee*

---

*110 9ᵗʰ Avenue South, Suite A-961*  *Phone (615) 736-5151*
*Nashville, Tennessee 37203*  *Fax  (615) 736-2114*

December 9, 2011

## RECEIPT

Received of Constantine Coca, the above date, $5,000 in full payment and compromise settlement of United States v. Coca, Case No. 3:11-0998 (M. D. Tenn. 2011).

JERRY E. MARTIN
UNITED STATES ATTORNEY FOR
THE MIDDLE DISTRICT OF TENNESSEE
By:
*[signature]*
Steve Jordan
Assistant United States Attorney